**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

S.M., et al.

Plaintiff,

v.                                                          Case No.: 1:26−cv−06467
                                                            Honorable John J. Tharp
                                                            Jr.

United States Citizenship & Immigration Services,
et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 8, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held on 6/8/26. The government will file its reply in support of its motion to reassign this case pursuant to Local Rule 40.3(b)(2) [26] by 6/15/26. Plaintiff's motion for temporary restraining order and preliminary injunctive relief [17] is held in abeyance pending ruling on the motion to reassign. The plaintiffs' motions to proceed under pseudonyms [4] and to seal [5], [6] are granted. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.