# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

S.M., et al.

                                                    Plaintiff,

v.                                                  Case No.: 1:26−cv−06467
                                                    Honorable John J. Tharp
                                                    Jr.

United States Citizenship & Immigration Services,
et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

     MINUTE entry before the Honorable John J. Tharp, Jr: The defendants' motion to reassign [26] is denied, for the reasons explained in Chief Judge Kendall's ruling on the Government's motion to reassign in *SA.Z et al. v. USCIS,* 26−cv−6477. Though there is overlap, the parties and issues presented in this case are not entirely the same as in *A.A. et al. v. USCIS,* No. 26−cv−2210 (N.D. Ill. June 4, 2026). Local Rule 40.3(b)(2) therefore does not compel transfer. The defendants' motion to dismiss [33] is taken under advisement. Response due 6/23/2026. No reply will be considered unless one is ordered. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.